UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **JOHN BROAD *dba* BROAD CAR SALES & SERVICE,** )<br>)<br>Plaintiff,                                 )<br>)<br>vs.                                                          )<br>)<br>**NORTH POINTE INSURANCE, CO.,**       )<br>)<br>Defendant-Third-Party       )<br>Plaintiff,                                 )<br>)<br>vs.                                                          )<br>)<br>**TODD TUCKER,**                                  )<br>)<br>Third-Party Defendant.      )<br>) | CASE NO. 5:11CV2422<br><br><br><br>**JUDGE SARA LIOI**<br><br><br><br><br>**MEMORANDUM OPINION & ORDER** |

Before the Court is the interim report and recommendation ("R&R") of the Magistrate Judge, recommending that this Court deny *pro se* Third-party Defendant Todd Tucker ("Third-party Defendant" or "Tucker")'s motion to dismiss the third-party complaint filed by Defendant North Pointe Insurance Co. (Doc. 25.) Under the relevant statute:

> [ ... ] Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(B); L.R. 72.3. In this case, the fourteen-day period has elapsed and no objections have been filed nor has any extension of time been sought.[1]

---

[1] The Magistrate Judge's R&R in this matter was filed April 2, 2012, and included an explanation that any objections would be due within fourteen days of Tucker's receipt of the R&R. The docket reflects that the R&R was mailed to Tucker on the same day that it was filed.

The failure to file written objections to a Magistrate Judge's R&R constitutes a waiver of a de novo determination by the district court of an issue covered in the report. *Thomas v. Arn,* 728 F.2d 813 (6th Cir. 1984), *aff'd,* 474 U.S. 140 (1985); *see United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).

The Court has reviewed the Magistrate Judge's R&R and adopts the same. Accordingly, Third-party Defendant's motion to dismiss is **DENIED**.

**IT IS SO ORDERED**.

Dated: May 1, 2012

                                               **HONORABLE SARA LIOI**
                                               **UNITED STATES DISTRICT JUDGE**